XIU JIAN SUN, Appellant, v STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, Respondent.

Decided October 15, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of CANDIDO BAEZ, Respondent, v RICHARD A. BROWN, Queens County District Attorney, Appellant.

Submitted July 27, 2015; decided October 20, 2015

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

In the Matter of LILLIAN EVANS, Appellant, v NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, Respondent.

Submitted August 17, 2015; decided October 20, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie. Motion for poor person relief dismissed as academic.